

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

October 19, 2004

Clerk of the
U.S. District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

MAGISTRATE JUDGE JIA

04 12243 RGS

Re:    Mid States Medical Instruments, Inc., etal    Vs.   Spectra Medical Devices, Inc.

USDC No: 03 C 9235

Dear Sr/Madam:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Elaine E. Bucklo  on 10/5/04.  Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    Verna Jones
       Deputy Clerk

Enclosures

New Case No. _____    Date _____

United States of America      }
                              }
Northern District of Illinois }
Eastern Division              }

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify and transfer to the United States District Court for the District of Massachusetts, pursuant to an order entered 10/5/04 by the Honorable Elaine E. Bucklo, all the original papers filed and orders entered, together with a certified copy of the docket entries in the cause entitled:

Mid States Medical Instruments, Inc., et al    Vs.    Spectra Medical Devices, Inc.
USDC # 03 C 9235

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 19th day of OCTOBER, 2004.

Michael W. Dobbins, Clerk

By:    Verna Jones
       Deputy Clerk