```
                                                          TERMED LEVIN
                                                          TRANSF
                      U.S. District Court
           Northern District of Illinois (Chicago)

           CIVIL DOCKET FOR CASE #: 03-CV-9235
```

Mid St Med, et al v. Spectra Med Devices              Filed: 12/22/03
Assigned to: Hon. Elaine E. Bucklo              Jury demand: Plaintiff
Demand: $75,000                                 Nature of Suit:  190
Lead Docket: None                               Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Other Contract


MID STATES MEDICAL INSTRUMENTS,      Thomas E. Patterson
INC., an Illinois Corporation        [COR LD NTC A]
     plaintiff                       Scott W Berends
                                     [COR]
                                     The Patterson Law Firm
                                     33 North LaSalle Street
                                     Suite 3350
                                     Chicago, IL 60602
                                     (312) 223-1699


KK METALLIC INDUSTRIES, INC.,        Thomas E. Patterson
a Pakistan Corporation               (See above)
     plaintiff                       [COR LD NTC A]
                                     Scott W Berends
                                     (See above)
                                     [COR]

     v.


SPECTRA MEDICAL DEVICES, INC.,       David Matthew Rownd
a Massachusets Corporation           [COR LD NTC A]
     defendant                       Richard F. Bruen, Jr.
                                     [COR]
                                     Fagel & Haber
                                     55 E. Monroe St.
                                     40th Floor
                                     Chicago, IL 60603
                                     (312) 346-7500

```
Proceedings include all events.                                TERMED
1:03cv9235 Mid St Med, et al v. Spectra Med Devices            LEVIN
                                                               TRANSF
12/22/03  1       COMPLAINT; jury demand - Civil cover sheet - Appearance(s)
                  of Scott W Berends, Thomas E. Patterson as attorney(s) for
                  plaintiffs (no summons(es) issued.) (Documents: (1-1
                  through 1-3)). (jxm) [Entry date 12/23/03]

12/22/03  --      RECEIPT regarding payment of filing fee paid; on 12/22/03
                  in the amount of $ 150.00,  receipt # 10628393. (jxm)
                  [Entry date 12/23/03]

3/15/04   --      SUMMONS issued, one original and one copy, executed as to
                  defendant on 03/15/04 (cdy) [Entry date 03/16/04]

3/18/04   2       MINUTE ORDER of 3/18/04 by Hon. Elaine E. Bucklo: Rule to
                  show cause hearing set for 3/26/04 at 10:15 a.m. at which
                  time plaintiff shall show cause why the case should not be
                  dismissed for failure to comply with Rule 4(m) of the
                  F.R.Civ.P. Mailed notice (vj) [Entry date 03/19/04]

3/26/04   3       MINUTE ORDER of 3/26/04 by Hon. Elaine E. Bucklo: Rule to
                  show cause hearing held. Discovery ordered closed on
                  9/30/04. Pretrial order to be filed by 10/29/04; and
                  response to any motions in limine by 11/12/04. Pretrial
                  conference set for 11/17/04 at 4:00 p.m. This case is
                  placed on the court's pooled trial calendar beginning
                  1/4/05 at 9:30 a.m. Mailed notice (vj) [Entry date 03/30/04]

4/9/04    4       ATTORNEY APPEARANCE for defendant by David Matthew Rownd,
                  Richard F. Bruen Jr. (vj) [Entry date 04/12/04]

4/9/04    5       MOTION by defendant Spectra Med Devices to dismiss, or
                  to transfer to U.S. District Court of Massachusetts;
                  Memorandum in support (Attachments); Notice. (vj)
                  [Entry date 04/15/04]

4/14/04   6       MINUTE ORDER of 4/14/04 by Hon. Elaine E. Bucklo: Response
                  to defendant's motion to dismiss [5-1] is due by 5/5/04;
                  and any reply by 5/19/04. Ruling set for 6/11/04 at 10:00
                  a.m. Mailed notice (vj) [Entry date 04/15/04]

4/30/04   7       AGREED MOTION by plaintiffs' to extend a previously
                  entered briefing schedule; Notice. (vj)
                  [Entry date 05/19/04]

5/19/04   8       MINUTE ORDER of 5/19/04 by Hon. Elaine E. Bucklo:
                  Plaintiffs' agreed motion to extend a previously entered
                  briefing schedule is granted [7-1]. Accordingly, response
                  to motion to dismiss [5-1] or transfer [5-2] is extended to
                  6/21/04; and any reply to 6/28/04. Ruling set for 6/11/04
                  is reset for 7/16/04 at 10:00 a.m. If the case is settled
                  before that time, a stipulation to dismiss shall be filed
                  promptly. Mailed notice (vj) [Entry date 05/19/04]

6/21/04   9       RESPONSE by plaintiff to defendant's motion to dismiss
                  [5-1], or transfer [5-2] (Attachments); Notice. (rbf)
```

```
Proceedings include all events.                                    TERMED
1:03cv9235 Mid St Med, et al v. Spectra Med Devices                       LEVIN
                                                                   TRANSF
              [Entry date 06/22/04]

6/29/04    10    MINUTE ORDER of 6/29/04 by Hon. Elaine E. Bucklo: Reply on
                 the pending motion to dismiss [5-1] or transfer to U.S.
                 District Court of Massachusetts [5-2] is extended to
                 7/6/04. Mailed notice (gma) [Entry date 06/30/04]

7/8/04     11    REPLY brief by defendant in support of motion to dismiss
                 [5-1] or transfer to U.S. District Court of Massachusetts
                 [5-2]; Notice. (vj) [Entry date 07/08/04]

7/14/04    12    MINUTE ORDER of 7/14/04 by Hon. Elaine E. Bucklo: Ruling on
                 the pending motion to dismiss or transfer set for 7/16/04
                 is vacated and ruling will be made by mail. Mailed notice
                 (vj) [Entry date 07/15/04]

10/5/04    13    MINUTE ORDER of 10/5/04 by Hon. Elaine E. Bucklo :
                 Defendant's motion to transfer is granted. [5-2] The
                 parties agreed to subject themselves to the jurisdiction of
                 the courts in Massachusetts and it is the more appropriate
                 forum. Defendant's motion to dismiss for lack of personal
                 jurisdiction is denied as moot. [5-1] This case is
                 therefore transferred to the U.S. District court for the
                 District of Massachusetts.  Any pending motion in this
                 case is terminated as moot. All schedules including
                 pretrial conference set for 11/17/04 and trial set for
                 01/04/05 are also vacated.  Terminating case. Mailed
                 notice (hp) [Entry date 10/06/04]

10/5/04    14    ENTERED JUDGMENT (hp) [Entry date 10/06/04]

10/19/04   --    CERTIFIED AND TRANSMITTED the complete record to the USDC
                 for the District of Massachusetts (Boston) consisting of 1
                 volumes of pleadings, certified docket entries and
                 transmittal letter via certified mail 7000 0520 0020 1114
                 5174 : Mailed copy of transmittal to counsel of record. (vj)
                 [Entry date 10/19/04]
```