UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12243-RGS

MID STATES MEDICAL INSTRUMENTS, INC.
an Illinois Corporation, and
KK METALLIC INDUSTRIES, INC.,
A Pakistan Corporation

v.

SPECTRA MEDICAL DEVICES, INC.,
a Massachusetts Corporation

<u>ORDER TO TRANSFER</u>

February 24, 2005

STEARNS, D.J.

This case is transferred to the Honorable George A. O'Toole to be consolidated with Civil Action No. 04-10745-GAO.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE